United States District Court
Southern District of Texas

**ENTERED**
December 14, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | | Case Number | |
|---|---|---|---|
| | | | |

| *versus* |
|---|
| |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | |
|---|---|

| Name of party applicant seeks to appear for: | |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | Signed: |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature   See attached. |
|---|---|

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: December 14, 2020

_____
United States District Judge

# SUPREME COURT OF
# THE STATE OF INDIANA



## *Certification*

**STATE OF INDIANA, SS:**

I, Gregory R. Pachmayr, Clerk of the Supreme Court of Indiana, do hereby certify that

GUERINO JOHN CENTO

is a member of the bar of said Court since admission on November 8, 1999, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 11th day of December, 2020.

GREGORY R. PACHMAYR
CLERK, SUPREME COURT OF INDIANA